Appeal No. 75-327. ANGELO ROUCANOS *et al. v.* JOHN DE MIZIO *et al.* Appeal of plaintiffs is based on an alleged error in the instructions to the jury. The plaintiffs neither objected to those instructions nor requested contrary ones. Absent such request or objection, they are foreclosed from challenging the instructions given, *DeSimone* v. *Manzi,* 114 R. I. 30, 327 A.2d 840 (1974). *See also* Super. R. Civ. P., 51(b). Accordingly, the defendants' motion to affirm the judgment below pursuant to Rule 16(g) is granted. *Leo T. Connors, George A. Pliakas,* for plaintiffs. *Francis* v. *Reynolds, Anthony F. DeMarco,* for defendants.

## May 27, 1976

M. P. No. 76-159. FRANCIS GLENN PONTES *v.* DISTRICT COURT OF RHODE ISLAND, SECOND DIVISION. Motion of the State for a more complete memorandum on the part of the petitioner is granted, and said memorandum shall be filed by June 7, 1976. *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-179. MARY C. KAPLAN *v.* IRWIN KAPLAN. Petition for writ of certiorari is denied. *Toro Law Associates, Inc., Eugene F. Toro,* for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

M. P. No. 76-180. LEO RICARD & SON, INC., *v.* JOSEPH CHALFIN, *Alias.* Petition for writ of certiorari is denied. See *Burns Electronic Supply Co.* v. *Westmoreland,* 116 R. I. 332, 356 A.2d 479 (1976). *Oster, Espo, Fay & Groff, George M. Prescott,* for petitioner.

M. P. No. 76-197. HATTIE KORNSTEIN *et al. v.* INDUSTRIAL NATIONAL BANK OF RHODE ISLAND. Petition for writ of certiorari is granted. *Levy, Goodman, Semenoff & Gorin, Richard J. Israel,* for plaintiffs-respondents. *Dick & Hague, William F. Hague, Jr.,* for defendant-petitioner.